1  LATHAM & WATKINS LLP
   Daniel M. Wall (Bar No. 102580)
2    Christopher S. Yates (Bar No. 161273)
   Elif Kimyacioglu (Bar No. 259933)
3  505 Montgomery Street, Suite 2000
   San Francisco, California 94111-6538
4  Telephone:  (415) 391-0600
   Facsimile:  (415) 395-8095
5  Email:   Dan.Wall@lw.com
   Email:   Chris.Yates@lw.com
6  Email:   Elif.Kimyacioglu@lw.com

7  Attorneys for Defendant
   *COOPERVISION, INC.*
8

9              UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
10                   SAN FRANCISCO DIVISION

11

| | |
|---|---|
| JOHN MACHIKAWA, et al.,<br><br>Plaintiffs,<br>v.<br>COOPER VISION, INC., et al.,<br><br>Defendants. | CASE NO. 3:15-cv-01001-HSG<br><br>**DEFENDANTS' JOINT ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>**[FILED PURSUANT TO CIVIL L.R. 16-2(d) AND L.R. 7-11]**<br><br>The Honorable Haywood S. Gilliam, Jr.<br>Courtroom 15, 18th Floor |
| RACHEL MILLER, et al.,<br><br>Plaintiffs,<br>v.<br>ALCON LABORATORIES, INC., et al.,<br><br>Defendants. | CASE NO. 3:15-cv-01028-HSG |
| SUNEETA FERNANDES,<br><br>Plaintiff,<br>v.<br>ALCON LABORATORIES, INC., et al.,<br><br>Defendants. | CASE NO. 3:15-cv-01045-HSG |

| | |
|---|---|
| STEPHEN MANGUM,<br><br>    Plaintiff,<br>  v.<br><br>COOPERVISION, INC., et al.,<br><br>    Defendants. | CASE NO. 3:15-cv-01064-HSG |
| KIMBERLY MARTIN,<br><br>    Plaintiff,<br>  v.<br><br>ALCON LABORATORIES, INC., et al.,<br><br>    Defendants. | CASE NO. 3:15-cv-01090-HSG |
| SUSAN G. GORDON,<br><br>    Plaintiff,<br>  v.<br><br>COOPER VISION, INC., et al.,<br><br>    Defendants. | CASE NO. 3:15-cv-01092-HSG |
| MATTHEW J. CARDAMONE,<br><br>    Plaintiff,<br>  v.<br><br>ALCON LABORATORIES, INC., et al.,<br><br>    Defendants. | CASE NO. 3:15-cv-01093-HSG |
| GLORIA GOLDBLATT,<br><br>    Plaintiff,<br>  v.<br><br>ALCON LABORATORIES, INC., et al.,<br><br>    Defendants. | CASE NO. 3:15-cv-01095-HSG |

| | |
|---|---|
| SERGE PENTSAK, et al., | CASE NO. 3:15-cv-01097-HSG |
| Plaintiffs, | |
| v. | |
| COOPERVISION, INC., et al., | |
| Defendants. | |
| JULIANA BRODSKY, | CASE NO. 3:15-cv-01123-HSG |
| Plaintiff, | |
| v. | |
| COOPER VISION, INC., et al., | |
| Defendants. | |
| DUSTY PRICE, et al., | CASE NO. 3:15-cv-01124-HSG |
| Plaintiffs, | |
| v. | |
| ALCON LABORATORIES, INC., et al., | |
| Defendants. | |
| BENJAMIN W. HEWITT, et al., | CASE NO. 3:15-cv-01196-HSG |
| Plaintiffs, | |
| v. | |
| ALCON LABORATORIES, INC., et al., | |
| Defendants. | |
| JOANNE BUCKLEY, et al., | CASE NO. 3:15-cv-01212-HSG |
| Plaintiffs, | |
| v. | |
| COOPER VISION, INC., et al., | |
| Defendants. | |

| | |
|---|---|
| BRETT WATSON,<br><br>    Plaintiff,<br>    v.<br><br>COOPER VISION, INC., et al.,<br><br>    Defendants. | CASE NO. 3:15-cv-01276-HSG |
| MARILYN MARLENE DEDIVANAJ,<br><br>    Plaintiff,<br>    v.<br><br>COOPERVISION, INC., et al.,<br><br>    Defendants. | CASE NO. 3:15-cv-01281-HSG |
| BEN HAWKINS,<br><br>    Plaintiff,<br>    v.<br><br>ALCON LABORATORIES, INC., et al.,<br><br>    Defendants. | CASE NO. 3:15-cv-01297-HSG |
| LANA OHMES, et al.,<br><br>    Plaintiffs,<br>    v.<br><br>ALCON LABORATORIES, INC., et al.,<br><br>    Defendants. | CASE NO. 3:15-cv-01301-HSG |
| KEVIN MOY,<br><br>    Plaintiff,<br>    v.<br><br>COOPERVISION, INC., et al.,<br><br>    Defendants. | CASE NO. 3:15-cv-01340-HSG |

| | |
|---|---|
| GORDON MAH, et al.,<br><br>            Plaintiffs,<br>      v.<br><br>ABB CONCISE OPTICAL GROUP, LLC., et al.,<br><br>            Defendants. | CASE NO. 3:15-cv-01406-HSG |
| SERGIO CASTILLO,<br><br>            Plaintiff,<br>      v.<br><br>COOPER VISION, INC., et al.,<br><br>            Defendants. | CASE NO. 3:15-cv-01408-HSG |
| AMANDA CUNHA,<br><br>            Plaintiff,<br>      v.<br><br>ALCON LABORATORIES, INC., et al.,<br><br>            Defendants. | CASE NO. 3:15-cv-01413-HSG |
| DIEGO HERNANDEZ, et al.,<br><br>            Plaintiffs,<br>      v.<br><br>ALCON LABORATORIES, INC., et al.,<br><br>            Defendants. | CASE NO. 3:15-cv-01544-HSG |
| RACHEL RONDY-GEOCARIS,<br><br>            Plaintiff,<br>      v.<br><br>COOPER VISION, INC., et al.,<br><br>            Defendants. | CASE NO. 3:15-cv-01591-HSG |

| | |
|---|---|
| MELODIE ALLEY, et al.,<br><br>    Plaintiffs,<br>        v.<br><br>COOPER VISION, INC., et al.,<br><br>    Defendants. | CASE NO. 3:15-cv-01646-HSG |
| RACQUEL DIZON-IKEI, et al.,<br><br>    Plaintiffs,<br>        v.<br><br>ALCON LABORATORIES, INC., et al.,<br><br>    Defendants. | CASE NO. 3:15-cv-01898-HSG |
| ERIKA TARGUM,<br><br>    Plaintiff,<br>        v.<br><br>COOPER VISION, INC., et al.,<br><br>    Defendants. | CASE NO. 3:15-cv-02065-HSG |
| DAVID L. MORSE,<br><br>    Plaintiff,<br>        v.<br><br>BAUSCH + LOMB, et al.,<br><br>    Defendants. | CASE NO. 3:15-cv-02072-HSG |
| MADELEINE COLLINS, et al.,<br><br>    Plaintiffs,<br>        v.<br><br>ALCON LABORATORIES, INC., et al.,<br><br>    Defendants. | CASE NO. 3:15-cv-02094-HSG |

| | |
|---|---|
| MARCIA PARKER,<br><br>           Plaintiff,<br><br>     v.<br><br>COOPER VISION, INC., et al.,<br><br>           Defendants. | CASE NO. 3:15-cv-02129-HSG |

Pursuant to Local Rule 16-2(d) and Local Rule 7-11, Defendants ABB Optical Group, Alcon Laboratories, Inc., Bausch & Lomb Incorporated, CooperVision, Inc., and Johnson & Johnson Vision Care, Inc. (collectively referred to as "Moving Defendants") respectfully request that the Court continue the Case Management Conference ("CMC") currently scheduled for June 30, 2015 in this case and all related cases currently pending before Your Honor and identified in Attachment 1.

Good cause exists to continue the CMC because all of these cases are slated to be transferred into an MDL proceeding along with other related actions filed across the United States. On May 28, 2015, the Judicial Panel on Multidistrict Litigation ("JPML") heard argument on motions to transfer the above-captioned putative class actions, along with similar actions filed in other districts, to a single district for coordination or consolidation pursuant to 28 U.S.C. § 1407. *See In re: Disposable Contact Lens Antitrust Litigation*, MDL No. 2626.

The JPML will likely issue a decision within the next two weeks, but has not yet issued a decision regarding the motions to transfer. Although one of the districts under consideration is the Northern District of California, it is not certain where the actions will ultimately be transferred. Even after the JPML rules, the Clerk of the Court in each district where a case is pending will need to transfer the underlying action to the chosen MDL forum as the first step. Moreover, even if the JPML designates this district to preside over the MDL, the parties to each of the cases originally filed outside of this district would need to be notified of any hearing. To the extent that the CMC contemplates a meet-and-confer process in advance of the hearing, such discussions would need to include all of the parties to all of the cases as well. In order to conserve resources of the Court and the parties, Moving Defendants therefore seek to continue

the CMC pending resolution of the MDL petitions and the anticipated transfer of the actions to the designated MDL forum.  A continuance will cause no disruption in the cases or prejudice to any parties; it is also consistent with the Court's Orders Continuing Deadlines for Defendants to Answer or Otherwise Respond to Complaints.  *See, e.g.*, *Machikawa et al. v. Cooper Vision, Inc. et al.*, Case No. 3:15-cv-01001-HSG, Dkt. #14 (March 31, 2015); *Watson v. Cooper Vision, Inc. et al.*, Case No. 3:15-cv-01276-HSG, Dkt. #9 (April 7, 2015); *Rondy-Geocaris v. Cooper Vision, Inc. et al.*, Case No. 3:15-cv-01591-HSG, Dkt. #12 (May 5, 2015); *Alley et al. v. Cooper Vision, Inc. et al.*, Case No. 3:15-cv-01646-HSG, Dkt. #15 (May 26, 2015).

Moving Defendants attempted to confer with all other parties in the above-captioned cases regarding the proposed continuance—a number of the plaintiffs objected to adjourning the conference, certain other parties do not oppose doing so, and some parties did not respond or contacting them was not possible because counsel had yet to make an appearance.  *See* Declaration of Elif Kimyacioglu, ¶ 2.

For the foregoing reasons, Moving Defendants respectfully request that this Court continue the CMC pending a decision by the JPML.  Should the JPML choose to transfer the actions to the Northern District of California, Moving Defendants respectfully suggest that a CMC be set for a date approximately 30 days after all cases have been transferred to the Northern District of California.

Dated:  June 5, 2015

By: /s/ Christopher S. Yates
Christopher S. Yates
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA  94111
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
Email: chris.yates@lw.com

Attorneys for Defendant
*COOPERVISION, INC.*

| | | | |
|---|---|---|---|
| 1 | Dated: June 5, 2015 | By: | /s/ Ashley Littlefield |
| 2 | | | Ashley Littlefield |
| | | | KIRKLAND & ELLIS LLP |
| 3 | | | 555 California Street, 27th Floor |
| | | | San Francisco, CA  94104 |
| 4 | | | Telephone: (415) 439-1400 |
| | | | Facsimile: (415) 439-1500 |
| 5 | | | Email: ashley.littlefield@kirkland.com |

Edwin John U
Kirkland & Ellis LLP
655 Fifteenth St. NW
Washington, DC  20005
Telephone: (202) 879-5059
Email: edwin.u@kirkland.com

Attorneys for Defendant
*ABB OPTICAL GROUP LLC*

Dated: June 5, 2015       By:    /s/ Evan R. Chesler
Evan R. Chesler
David R. Marriott
CRAVATH SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY  10019-7475
Telephone: (212) 474-1000
Facsimile: (212) 474-4700
Email: echesler@cravath.com
Email: dmarriott@cravath.com

Thomas B. Mayhew (CA Bar No. 183539)
FARELLA BRAUN & MARTEL LLP
Russ Building
235 Montgomery Street, 17th Floor
San Francisco, CA  9 4104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
Email: tmayhew@fbm.com

Attorneys for Defendant
*ALCON LABORATORIES, INC.*

| | | | |
|---|---|---|---|
| 1 | Dated: June 5, 2015 | By: | /s/ James P. Schaefer |

James P. Schaefer
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1400
Palo Alto, CA  94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570
Email: james.schaefer@skadden.com\

Steven C. Sunshine
SKADDEN ARPS SLATE MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C.  20005
Telephone: (202) 371-7000
Email: steve.sunshine@skadden.com

Attorneys for Defendant
*BAUSCH & LOMB INCORPORATED*

Dated: June 5, 2015            By:   /s/ William F. Cavanaugh, Jr.
William F. Cavanaugh, Jr.
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY  10036
Telephone:  (212) 336-2000
Facsimile:  (212) 336-2222
Email: wfcavanaugh@pbwt.com

Attorneys for Defendant
*JOHNSON & JOHNSON VISION CARE, INC.*

4

# **ATTESTATION**

I, Christopher S. Yates, am counsel for Defendant CooperVision, Inc.  I am the registered ECF user whose username and password are being used to file this Joint Administrative Motion to Continue Case Management Conference.  In compliance with LR 5-1(i)(3), I hereby attest that the above-identified counsel concurred in this filing.

Dated:  June 5, 2015        By:   /s/ Christopher S. Yates
                   Christopher S. Yates
                   LATHAM & WATKINS LLP
                   505 Montgomery Street, Suite 2000
                   San Francisco, CA  94111
                   Telephone: (415) 391-0600
                   Facsimile: (415) 395-8095
                   Email: chris.yates@lw.com

                   Attorneys for Defendant
                   *COOPERVISION, INC.*