# Attachment 1

**SCHEDULE OF RELATED CLASS ACTIONS BEFORE**
**THE HONORABLE HAYWOOD S. GILLIAM, JR.**

United States District Court for the Northern District of Caifornia
Courtroom 15, 18th Floor

1. *John Machikawa et al. v. Cooper Vision, Inc. et al.,* Case No. 15-cv-01001

2. *Rachel Miller et al. v. Alcon Laboratories, Inc. et al.,* Case No. 15-cv-01028

3. *Suneeta Fernandes v. Alcon Laboratories, Inc. et al.,* Case No. 15-cv-01045

4. *Stephen Mangum v. CooperVision, Inc. et al.*, Case No. 15-cv-01064

5. *Kimberly Martin v. Alcon Laboratories, Inc. et al.,* Case No. 15-cv-01090

6. *Susan G. Gordon v. Cooper Vision, Inc. et al.,* Case No. 15-cv-01092

7. *Matthew J. Cardamone v. Alcon Laboratories, Inc. et al.,* Case No. 15-cv-01093

8. *Gloria Goldblatt v. Alcon Laboratories, Inc. et al*., Case No. 15-cv-01095

9. *Serge Pentsak et al. v. CooperVision, Inc. et al.*, Case No. 15-cv-01097

10. *Juliana Brodsky v. Cooper Vision, Inc. et al.,* Case No. 15-cv-01123

11. *Dusty Price et al. v. Alcon Laboratories, Inc. et al.,* Case No. 15-cv-01124

12. *Benjamin W. Hewitt et al. v. Alcon Laboratories, Inc. et al.,* Case No. 15-cv-01196

13. *Joanne Buckley et al. v. Cooper Vision, Inc. et al.,* Case No. 15-cv-01212

14. *Brett Watson v. Cooper Vision, Inc. et al.,* Case No. 15-cv-01276

15. *Marilyn Marlene Dedivanaj v. CooperVision, Inc. et al.*, Case No. 15-cv-01281

16. *Ben Hawkins v. Alcon Laboratories, Inc. et al.,* No. 15-cv-01297

17. *Lana Ohmes et al. v. Alcon Laboratories, Inc. et al.,* Case No. 15-cv-01301

18. *Kevin Moy v. CooperVision, Inc. et al.,* Case No. 15-cv-01340

19. *Gordon Mah et al. v. ABB ConCise Optical Group, LLC et al.*, Case No. 15-cv-01406

20. *Sergio Castillo v. Cooper Vision, Inc. et al.,* Case No. 15-cv-01408

21. *Amanda Cunha v. Alcon Laboratories, Inc. et al.,* Case No. 15-cv-01413

22. *Diego Hernandez et al. v. Alcon Laboratories, Inc. et al.*, Case No. 15-cv-01544

23. *Rachel Rondy-Geocaris v. Cooper Vision, Inc. et al.*, Case No. 15-cv-01591

24. *Melodie Alley et al. v. Cooper Vision, Inc. et al.*, Case No. 15-cv-01646

25. *Racquel Dizon-Ikei et al. v. Alcon Laboratories, Inc. et al.*, Case No. 15-cv-01898

26. *Erika Targum v. Cooper Vision, Inc. et al.*, Case No. 15-cv-02065

27. *David L. Morse v. Bausch + Lomb et al.*, Case No. 15-cv-02072

28. *Madeleine Collins et al. v. Alcon Laboratories, Inc.*, Case No. 15-cv-02094

29. *Marcia Parker v. Cooper Vision, Inc. et al.*, Case No. 15-cv-02129