1   LATHAM & WATKINS LLP
       Daniel M. Wall (Bar No. 102580)
2      Christopher S. Yates (Bar No. 161273)
       Elif Kimyacioglu (Bar No. 259933)
3   505 Montgomery Street, Suite 2000
    San Francisco, California 94111-6538
4   Telephone:  (415) 391-0600
    Facsimile:  (415) 395-8095
5   Email:   Dan.Wall@lw.com
    Email:   Chris.Yates@lw.com
6   Email:   Elif.Kimyacioglu@lw.com

7   Attorneys for Defendant
    COOPERVISION, INC.
8

9               UNITED STATES DISTRICT COURT

          FOR THE NORTHERN DISTRICT OF CALIFORNIA
10                SAN FRANCISCO DIVISION

11

12  JOHN MACHIKAWA, et al.,                    CASE NO. 3:15-cv-01001-HSG

13            Plaintiffs,                      **DECLARATION OF ELIF KIMYACIOGLU
                                               IN SUPPORT OF DEFENDANTS' JOINT
14        v.                                   ADMINISTRATIVE MOTION TO
                                               CONTINUE CASE MANAGEMENT
15  COOPER VISION, INC.; et al.,               CONFERENCE**

16            Defendants.

17

18  RACHEL MILLER, et al.,                     CASE NO. 3:15-cv-01028-HSG

19            Plaintiffs,
          v.
20
    ALCON LABORATORIES, INC., et al.,
21
              Defendants.
22

23  SUNEETA FERNANDES,                         CASE NO. 3:15-cv-01045-HSG

24            Plaintiff,

25        v.

26  ALCON LABORATORIES, INC., et al.,

27            Defendants.

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

KIMYACIOGLU DECL. ISO DEFENDANTS'
JOINT ADMIN. MOT. TO CONTINUE CMC
CASE NO. 3:15-cv-01001-HSG AND RELATED CLASS ACTIONS

| | |
|---|---|
| STEPHEN MANGUM, | CASE NO. 3:15-cv-01064-HSG |
| Plaintiff, | |
| v. | |
| COOPERVISION, INC., et al., | |
| Defendants. | |
| KIMBERLY MARTIN, | CASE NO. 3:15-cv-01090-HSG |
| Plaintiff, | |
| v. | |
| ALCON LABORATORIES, INC., et al., | |
| Defendants. | |
| SUSAN G. GORDON, | CASE NO. 3:15-cv-01092-HSG |
| Plaintiff, | |
| v. | |
| COOPER VISION, INC., et al., | |
| Defendants. | |
| MATTHEW J. CARDAMONE, | CASE NO. 3:15-cv-01093-HSG |
| Plaintiff, | |
| v. | |
| ALCON LABORATORIES, INC., et al., | |
| Defendants. | |
| GLORIA GOLDBLATT, | CASE NO. 3:15-cv-01095-HSG |
| Plaintiff, | |
| v. | |
| ALCON LABORATORIES, INC., et al., | |
| Defendants. | |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

KIMYACIOGLU DECL. ISO DEFENDANTS'
JOINT ADMIN. MOT. TO CONTINUE CMC
CASE NO. 3:15-cv-01001-HSG AND RELATED CLASS ACTIONS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SERGE PENTSAK, et al.,

        Plaintiffs,

   v.

COOPERVISION, INC., et al.,

        Defendants.

CASE NO. 3:15-cv-01097-HSG

JULIANA BRODSKY,

        Plaintiff,

   v.

COOPER VISION, INC., et al.,

        Defendants.

CASE NO. 3:15-cv-01123-HSG

DUSTY PRICE, et al.,

        Plaintiffs,

   v.

ALCON LABORATORIES, INC., et al.,

        Defendants.

CASE NO. 3:15-cv-01124-HSG

BENJAMIN W. HEWITT, et al.,

        Plaintiffs,

   v.

ALCON LABORATORIES, INC., et al.,

        Defendants.

CASE NO. 3:15-cv-01196-HSG

JOANNE BUCKLEY, et al.,

        Plaintiffs,

   v.

COOPER VISION, INC., et al.,

        Defendants.

CASE NO. 3:15-cv-01212-HSG

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

KIMYACIOGLU DECL. ISO DEFENDANTS'
JOINT ADMIN. MOT. TO CONTINUE CMC
CASE NO. 3:15-cv-01001-HSG AND RELATED ACTIONS

| | |
|---|---|
| BRETT WATSON,<br><br>        Plaintiff,<br>    v.<br><br>COOPER VISION, INC., et al.,<br><br>        Defendants. | CASE NO. 3:15-cv-01276-HSG |
| MARILYN MARLENE DEDIVANAJ,<br><br>        Plaintiff,<br>    v.<br><br>COOPERVISION, INC., et al.,<br><br>        Defendants. | CASE NO. 3:15-cv-01281-HSG |
| BEN HAWKINS,<br><br>        Plaintiff,<br>    v.<br><br>ALCON LABORATORIES, INC., et al.,<br><br>        Defendants. | CASE NO. 3:15-cv-01297-HSG |
| LANA OHMES, et al.,<br><br>        Plaintiffs,<br>    v.<br><br>ALCON LABORATORIES, INC., et al.,<br><br>        Defendants. | CASE NO. 3:15-cv-01301-HSG |
| KEVIN MOY,<br><br>        Plaintiff,<br>    v.<br><br>COOPERVISION, INC., et al.,<br><br>        Defendants. | CASE NO. 3:15-cv-01340-HSG |

1
2    GORDON MAH, et al.,                          CASE NO. 3:15-cv-01406-HSG
3                  Plaintiffs,
                v.
4    ABB CONCISE OPTICAL GROUP, LLC.,
5    et al.,
6                  Defendants.

7    SERGIO CASTILLO,                              CASE NO. 3:15-cv-01408-HSG
8                  Plaintiff,
9                v.
10   COOPER VISION, INC., et al.,
11                 Defendants.

12   AMANDA CUNHA,                                 CASE NO. 3:15-cv-01413-HSG
13                 Plaintiff,
14               v.
15   ALCON LABORATORIES, INC., et al.,
16                 Defendants.

17   DIEGO HERNANDEZ, et al.,                      CASE NO. 3:15-cv-01544-HSG
18                 Plaintiffs,
19               v.
20   ALCON LABORATORIES, INC., et al.,
21                 Defendants.
22

23   RACHEL RONDY-GEOCARIS,                        CASE NO. 3:15-cv-01591-HSG
24                 Plaintiff,
25               v.
26   COOPER VISION, INC., et al.,
27                 Defendants.
28

LATHAM&WATKINSLLP
ATTORNEYS AT LAW
SAN FRANCISCO
                                        KIMYACIOGLU DECL. ISO DEFENDANTS'
                                        JOINT ADMIN. MOT. TO CONTINUE CMC
                            CASE NO. 3:15-cv-01001-HSG AND RELATED CLASS ACTIONS

| | |
|---|---|
| MELODIE ALLEY, et al., | CASE NO. 3:15-cv-01646-HSG |
|        Plaintiffs, | |
|    v. | |
| COOPER VISION, INC., et al., | |
|        Defendants. | |

| | |
|---|---|
| RACQUEL DIZON-IKEI, et al., | CASE NO. 3:15-cv-01898-HSG |
|        Plaintiffs, | |
|    v. | |
| ALCON LABORATORIES, INC., et al., | |
|        Defendants. | |

| | |
|---|---|
| ERIKA TARGUM, | CASE NO. 3:15-cv-02065-HSG |
|        Plaintiff, | |
|    v. | |
| COOPER VISION, INC., et al., | |
|        Defendants. | |

| | |
|---|---|
| DAVID L. MORSE, | CASE NO. 3:15-cv-02072-HSG |
|        Plaintiff, | |
|    v. | |
| BAUSCH + LOMB, et al., | |
|        Defendants. | |

| | |
|---|---|
| MADELEINE COLLINS, et al., | CASE NO. 3:15-cv-02094-HSG |
|        Plaintiffs, | |
|    v. | |
| ALCON LABORATORIES, INC., et al., | |
|        Defendants. | |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

KIMYACIOGLU DECL. ISO DEFENDANTS'
JOINT ADMIN. MOT. TO CONTINUE CMC
CASE NO. 3:15-cv-01001-HSG AND RELATED CLASS ACTIONS

MARCIA PARKER,

           Plaintiff,

   v.

COOPER VISION, INC., et al.,

         Defendants.

CASE NO. 3:15-cv-02129-HSG

I, Elif Kimyacioglu, declare as follows:

1.     I am an associate at the law firm of Latham & Watkins LLP, counsel for Defendant CooperVision, Inc. ("CooperVision") in the above-captioned cases.  I am licensed to practice law in the State of California and admitted to practice before this Court.  I submit this declaration in support of Defendants' Joint Administrative Motion to Continue Case Management Conference.  I make this declaration based on my personal knowledge and my discussions with the other parties to this litigation.

2.     Pursuant to Local Rule 16-2(d)(2), I, along with counsel for Defendants ABB Optical Group, Alcon Laboratories, Inc., Bausch and Lomb Incorporated, and Johnson and Johnson Vision Care, Inc., have reached out to counsel for other parties in the above-captioned cases regarding the proposed continuance.  A number of the plaintiffs objected to adjourning the conference, certain other parties do not oppose doing so, and some parties did not respond or contacting them was not possible because counsel had yet to make an appearance.

I declare under penalty of perjury under the laws of  the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on June 5, 2015 at San Francisco, California.

_____

Elif Kimyacioglu

1

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

KIMYACIOGLU DECL. ISO DEFENDANTS'
JOINT ADMIN. MOT. TO CONTINUE CMC
CASE NO. 3:15-cv-01001-HSG AND RELATED CLASS ACTIONS