LATHAM & WATKINS LLP
   Daniel M. Wall (Bar No. 102580)
   Christopher S. Yates (Bar No. 161273)
   Elif Kimyacioglu (Bar No. 259933)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
Email: Dan.Wall@lw.com
Email: Chris.Yates@lw.com
Email: Elif.Kimyacioglu@lw.com

Attorneys for Defendant
*COOPERVISION, INC.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN MACHIKAWA, et al.,<br><br>        Plaintiffs,<br>  v.<br><br>COOPER VISION, INC., et al.,<br><br>        Defendants. | CASE NO. 3:15-cv-01001-HSG<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' JOINT ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| RACHEL MILLER, et al.,<br><br>        Plaintiffs,<br>  v.<br><br>ALCON LABORATORIES, INC., et al.,<br><br>       Defendants. | CASE NO. 3:15-cv-01028-HSG |
| SUNEETA FERNANDES,<br><br>        Plaintiff,<br>  v.<br><br>ALCON LABORATORIES, INC., et al.,<br><br>       Defendants. | CASE NO. 3:15-cv-01045-HSG |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER GRANTING DEFENDANTS'
JOINT ADMIN. MOT. TO CONTINUE CMC
CASE NO. 3:15-cv-01001-HSG AND RELATED CLASS ACTIONS

| | |
|---|---|
| STEPHEN MANGUM,<br><br>                Plaintiff,<br>       v.<br><br>COOPERVISION, INC., et al.,<br><br>                Defendants. | CASE NO. 3:15-cv-01064-HSG |
| KIMBERLY MARTIN,<br><br>                Plaintiff,<br>       v.<br><br>ALCON LABORATORIES, INC., et al.,<br><br>                Defendants. | CASE NO. 3:15-cv-01090-HSG |
| SUSAN G. GORDON,<br><br>                Plaintiff,<br>       v.<br><br>COOPER VISION, INC., et al.,<br><br>                Defendants. | CASE NO. 3:15-cv-01092-HSG |
| MATTHEW J. CARDAMONE,<br><br>                Plaintiff,<br>       v.<br><br>ALCON LABORATORIES, INC., et al.,<br><br>                Defendants. | CASE NO. 3:15-cv-01093-HSG |
| GLORIA GOLDBLATT,<br><br>                Plaintiff,<br>       v.<br><br>ALCON LABORATORIES, INC., et al.,<br><br>                Defendants. | CASE NO. 3:15-cv-01095-HSG |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER GRANTING DEFENDANTS'
JOINT ADMIN. MOT. TO CONTINUE CMC
CASE NO. 3:15-cv-01001-HSG AND RELATED ACTIONS

| | |
|---|---|
| SERGE PENTSAK, et al.,<br><br>    Plaintiffs,<br>    v.<br><br>COOPERVISION, INC., et al.,<br><br>    Defendants. | CASE NO. 3:15-cv-01097-HSG |
| JULIANA BRODSKY,<br><br>    Plaintiff,<br>    v.<br><br>COOPER VISION, INC., et al.,<br><br>    Defendants. | CASE NO. 3:15-cv-01123-HSG |
| DUSTY PRICE, et al.,<br><br>    Plaintiffs,<br>    v.<br><br>ALCON LABORATORIES, INC., et al.,<br><br>    Defendants. | CASE NO. 3:15-cv-01124-HSG |
| BENJAMIN W. HEWITT, et al.,<br><br>    Plaintiffs,<br>    v.<br><br>ALCON LABORATORIES, INC., et al.,<br><br>    Defendants. | CASE NO. 3:15-cv-01196-HSG |
| JOANNE BUCKLEY, et al.,<br><br>    Plaintiffs,<br>    v.<br><br>COOPER VISION, INC., et al.,<br><br>    Defendants. | CASE NO. 3:15-cv-01212-HSG |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

| | |
|---|---|
| BRETT WATSON,<br><br>      Plaintiff,<br>  v.<br><br>COOPER VISION, INC., et al.,<br><br>      Defendants. | CASE NO. 3:15-cv-01276-HSG |
| MARILYN MARLENE DEDIVANAJ,<br><br>      Plaintiff,<br>  v.<br><br>COOPERVISION, INC., et al.,<br><br>      Defendants. | CASE NO. 3:15-cv-01281-HSG |
| BEN HAWKINS,<br><br>      Plaintiff,<br>  v.<br><br>ALCON LABORATORIES, INC., et al.,<br><br>      Defendants. | CASE NO. 3:15-cv-01297-HSG |
| LANA OHMES, et al.,<br><br>      Plaintiffs,<br>  v.<br><br>ALCON LABORATORIES, INC., et al.,<br><br>      Defendants. | CASE NO. 3:15-cv-01301-HSG |
| KEVIN MOY,<br><br>      Plaintiff,<br>  v.<br><br>COOPERVISION, INC., et al.,<br><br>      Defendants. | CASE NO. 3:15-cv-01340-HSG |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER GRANTING DEFENDANTS'
JOINT ADMIN. MOT. TO CONTINUE CMC
CASE NO. 3:15-cv-01001-HSG AND RELATED CLASS ACTIONS

| | |
|---|---|
| GORDON MAH, et al.,<br><br>        Plaintiffs,<br>  v.<br><br>ABB CONCISE OPTICAL GROUP, LLC., et al.,<br><br>        Defendants. | CASE NO. 3:15-cv-01406-HSG |
| SERGIO CASTILLO,<br><br>        Plaintiff,<br>  v.<br><br>COOPER VISION, INC., et al.,<br><br>        Defendants. | CASE NO. 3:15-cv-01408-HSG |
| AMANDA CUNHA,<br><br>        Plaintiff,<br>  v.<br><br>ALCON LABORATORIES, INC., et al.,<br><br>        Defendants. | CASE NO. 3:15-cv-01413-HSG |
| DIEGO HERNANDEZ, et al.,<br><br>        Plaintiffs,<br>  v.<br><br>ALCON LABORATORIES, INC., et al.,<br><br>        Defendants. | CASE NO. 3:15-cv-01544-HSG |
| RACHEL RONDY-GEOCARIS,<br><br>        Plaintiff,<br>  v.<br><br>COOPER VISION, INC., et al.,<br><br>        Defendants. | CASE NO. 3:15-cv-01591-HSG |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER GRANTING DEFENDANTS'
JOINT ADMIN. MOT. TO CONTINUE CMC
CASE NO. 3:15-cv-01001-HSG AND RELATED CLASS ACTIONS

| | |
|---|---|
| 1<br>2  MELODIE ALLEY, et al.,<br>3          Plaintiffs,<br>         v.<br>4  COOPER VISION, INC., et al.,<br>5          Defendants.<br>6 | CASE NO. 3:15-cv-01646-HSG |
| 7  RACQUEL DIZON-IKEI, et al.,<br>8          Plaintiffs,<br>         v.<br>9  ALCON LABORATORIES, INC., et al.,<br>10         Defendants.<br>11 | CASE NO. 3:15-cv-01898-HSG |
| 12  ERIKA TARGUM,<br>13         Plaintiff,<br>        v.<br>14  COOPER VISION, INC., et al.,<br>15         Defendants.<br>16 | CASE NO. 3:15-cv-02065-HSG |
| 17  DAVID L. MORSE,<br>18         Plaintiff,<br>        v.<br>19<br>20  BAUSCH + LOMB, et al.,<br>21         Defendants. | CASE NO. 3:15-cv-02072-HSG |
| 22  MADELEINE COLLINS, et al.,<br>23         Plaintiffs,<br>24         v.<br>25  ALCON LABORATORIES, INC., et al.,<br>26         Defendants. | CASE NO. 3:15-cv-02094-HSG |

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER GRANTING DEFENDANTS'
JOINT ADMIN. MOT. TO CONTINUE CMC
CASE NO. 3:15-cv-01001-HSG AND RELATED CLASS ACTIONS

|   |   |
|---|---|
| MARCIA PARKER,<br><br>    Plaintiff,<br>  v.<br><br>COOPER VISION, INC., et al.,<br><br>    Defendants. | CASE NO. 3:15-cv-02129-HSG |

The Court has considered the papers presented in connection with Defendants' Joint Administrative Motion to Continue the Case Management Conference currently set for June 30, 2015 in the above-captioned cases.

**IT IS ORDERED** that the Motion is granted.  The Case Management Conference is continued pending a decision by the JPML.  This Court will continue the Case Management Conference to approximately 30 days after all cases have been transferred to the Northern District of California if the JPML designates this District as the chosen MDL forum.

**IT IS SO ORDERED.**

Dated: _____

                                                                    _____
                                                                    THE HON. HAYWOOD S. GILLIAM, JR.
                                                                    UNITED STATES DISTRICT JUDGE

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

[PROPOSED] ORDER GRANTING DEFENDANTS'
JOINT ADMIN. MOT. TO CONTINUE CMC
CASE NO. 3:15-cv-01001-HSG AND RELATED ACTIONS