| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| Natasha Naraghi SBN 284711<br>The Law Offices of Alexander M. Schack<br>16870 West Bernardo Drive Suite 400<br>San Diego CA 92127<br>ATTORNEY FOR    Plaintiff | (858) 485-6535<br><br>Ref. No. or File No.<br>Contact Lenses | |
| UNITED STATES DISTRICT COURT - NORTHERN DISTRICT, SAN FRANCISCO<br>450 Golden Gate Ave.<br>San Francisco, CA 94102 | | |
| SHORT TITLE OF CASE:<br>Castillo, Sergio   v. ABB Optical Group | | |
| INVOICE NO.    DATE:    TIME:    DEP./DIV.<br>1078177-02 | | CASE NUMBER:<br>3:15-cv-01408-HSG |

United States District Court

Declaration of Service

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

Summons; Complaint; Order Relating Cases; Order Continuing Deadlines for Defendants; Standing Order for All Judges; Defendants' Joint Motion to Continue CMC; Conditional Transfer Order;

On: Alcon Laboratories, Inc.

At: 2710 Gateway Oaks Drive, Suite 150N
     Sacramento, CA 95833

In the above mentioned action by personally serving to and leaving with

Becky DeGeorge

Whose title is: Agent for CSC

On: 6/11/2015                          At: 08:30 AM

Person who served papers
   a. Name: Lori Brown

CONTINUED ON NEXT PAGE

Declaration of Service

| PLAINTIFF/PETITIONER: | Sergio Castillo | CASE NUMBER: |
|---|---|---|
| DEFENDANT/RESPONDENT: | Cooper Vision, Inc. | 3:15-cv-01408-HSG |

    b. Address: 14748 Pipeline Avenue, Suite B, Chino Hills, CA 91709

    c. Telephone number: 909-664-9565

    d. The fee for this service was: 55.95

    e. I am:

    (3) [X] a registered CA process server:

        (i) [X] Independent Contractor

        (ii) Registration No.: 2015-01

        (iii) County: Sacramento

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

6/12/2015

Lori Brown

Rapid Legal, Inc., San Bernardino Co. Reg. #1086, Expires 04-23-16     >

**Declaration of Service**